UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:08-CR-108(5) |
| ) | |
| RAQUEL TORRES ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 1, 2008 [Doc. No. 90]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Raquel Torres's plea of guilty, and FINDS the defendant guilty of Count 8 of the Indictment, in violation of 18 U.S.C. §§ 2 and 1028A.

SO ORDERED.

ENTERED:   December 29, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court